UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

THE FEISLEY FARMS FAMILY, L.P.,

    Plaintiff,

v.

Case No. 2:14-cv-146
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Mark R. Abel

HESS OHIO RESOURCES, LLC. et al.,

    Defendants.

## ORDER

This matter is before the Court for consideration of a Report and Recommendation issued by the Magistrate Judge on June 2, 2014. (ECF No. 25.) The time for filing objections has passed, and no objections have been filed to the Report and Recommendation. Therefore, the Court **ADOPTS** the Report and Recommendation. For the reasons set forth in the Report and Recommendation, Plaintiff's Motion for Remand is **DENIED**.

    **IT IS SO ORDERED.**

8-4-2014
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE